# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: DESIGNATION OF VICE-CHAIR   :   NO. 642

  :

OF ORPHANS' COURT PROCEDURAL   :   SUPREME COURT RULES DOCKET

  :

RULES COMMITTEE   :

# **O R D E R**

**PER CURIAM:**

AND NOW, this 1st day of August, 2014, The Honorable Lawrence J. O'Toole is hereby designated as Vice-Chair of the Orphans' Court Procedural Rules Committee.